UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                                  CASE NO. 8:21-cv-1957-WFJ-SPF

PROFESSIONAL MARKETING &
MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1). The magistrate judge issued a thorough and well-reasoned report recommending *in forma pauperis* status be denied. Dkt. 6. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge found the Plaintiff does not qualify as an indigent. For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 6) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

2. The motion to proceed *in forma pauperis* (Dkt. 2) is denied.

3. Plaintiff shall pay the filing fee to the Clerk on or before December 23, 2021, or this case will be subject to dismissal without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, on November 23, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*